In the Matter of MICHAEL KATZ, an Alleged Incompetent.— Order modified by allowing the sole commissioner one hundred dollars for his services instead of the sum of ten dollars, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

ADOLPH ROSENBERG, Doing Business under the Trade Name and Style of PARAMOUNT FOOD MARKET and PARAMOUNT BUTCHERS, Appellant, v. LOUIS JACOB, Doing Business under the Trade Name and Style of PARAMOUNT FOOD MARKET, Respondent.— Order modified by denying defendant's cross-motion for an injunction, without prejudice to a further application by defendant, if and when he serves an answer praying for such relief; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of MONICA FITZPATRICK, Appellant, for an Order of Mandamus Directed to JAMES F. EGAN, Public Administrator of the County of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of JAMES J. BRITT, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of ABRAHAM KRISSOFF, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of ROBERT MORGAN McGAULEY, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

KATHERINE KIMMERLE, Also Known as KATHARINE KUMERLE LINDAUER, v. NEW YORK EVENING JOURNAL, INC.— Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [See 236 App. Div. 579.]

OSCAR HEYMAN and WILLIAM A. SCHUTZ v. THEODORE HOFFACKER and ELLA DeVELLIER, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

PORTLAND SEED COMPANY v. GUSTAV F. HERBST and Others.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [See 236 App. Div. 832.]

ROSE APPEL, by YETTA APPEL, Her Guardian ad Litem, v. ETTA M. MULLER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

VEITCH-PEREZ PARTS CORPORATION v. MOTO METER GAUGE AND EQUIPMENT CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.